```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 04029
   PHILIP G FONTANETTA
   LISA M FONTANETTA                         CHAPTER 13

                                             JUDGE: A BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-9648      SSN XXX-XX-5517
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    The case was filed on 02/03/2004 and was confirmed 03/23/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured creditors 100.00%.

    The case was paid in full 02/12/2009.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ROUNDUP FUNDING LLC | SECURED | 9575.00 | 1015.19 | 9575.00 |
| AMERICREDIT FINANCIAL SV | UNSECURED | 2862.99 | .00 | 2862.99 |
| FIFTH THIRD BANK | CURRENT MORTG | 20861.81 | .00 | 20861.81 |
| FIFTH THIRD BANK | MORTGAGE ARRE | 800.00 | .00 | 800.00 |
| UNIVERSAL MORTGAGE CO | CURRENT MORTG | 65925.00 | .00 | 65925.00 |
| UNIVERSAL MORTGAGE CO | MORTGAGE ARRE | 2100.00 | .00 | 2100.00 |
| ECAST SETTLEMENT CORP | UNSECURED | 10383.21 | .00 | 10383.21 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 1874.92 | .00 | 1874.92 |
| ECAST SETTLEMENT CORP | UNSECURED | 5630.24 | .00 | 5630.24 |
| MBNA | NOTICE ONLY | NOT FILED | .00 | .00 |
| NORTHERN IL EMERGENCY PH | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN ILLINOIS ER PHY | NOTICE ONLY | NOT FILED | .00 | .00 |
| PROSNIEWSKI/ PAPA DDS | NOTICE ONLY | NOT FILED | .00 | .00 |
| MARK PROSNIEWSKI DDS | UNSECURED | 125.06 | .00 | 125.06 |
| SPECIAL CARE ORTHOPEDICS | UNSECURED | NOT FILED | .00 | .00 |
| WEST SUBURBAN HEALTH CAR | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSAL MORTGAGE CORP. | NOTICE ONLY | .00 | .00 | .00 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 7,711.56 |
| DEBTOR REFUND | REFUND | | | 2,247.09 |

    Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 133,812.07 | |
| PRIORITY | | .00 |
| SECURED | | 99,261.81 |
|     INTEREST | | 1,015.19 |
| UNSECURED | | 20,876.42 |
| ADMINISTRATIVE | | 2,700.00 |

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 04029 PHILIP G FONTANETTA & LISA M FONTANETTA

```
TRUSTEE COMPENSATION                                          7,711.56
DEBTOR REFUND                                                 2,247.09
                                    ----------------    ----------------
TOTALS                                    133,812.07          133,812.07
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
  Dated: 03/05/09                       _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```